UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ADRIANA MARIA QUIROZ ZAPATA, | § § § § § § § § § § § § § § § § § § § § § § | |
| *Petitioner*, | | |
| v. | | |
| MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS; MARTIN SARELLANO, JR., ASSISTANT FIELD OFFICE DIRECTOR IMMIGRATON CUSTOMS AND ENFORCEMENT; TODD LYONS, ACTING DIRECTOR IMMIGRATION CUSTOMS AND ENFORCEMENT; SECRETARY, USDHS KRISTI NOEM; and US ATTORNEY GENERAL PAMELA BONDI, | | No. 3:25-CV-00376-LS |
| *Respondents*. | | |

## ORDER FOR SERVICE

Petitioner Adriana Maria Quiroz Zapata challenges her custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] Her petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

2

Respondents shall show cause by **October 6, 2025** why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on September 15, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

Case 3:25-cv-00376-LS   Document 3   Filed 09/15/25   Page 2 of 2