# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ADRIANA MARIA QUIROZ ZAPATA,**<br><br>***Petitioner*****,**<br><br>**v.**<br><br>**MARY ANDA-YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARTIN SARELLANO, JR, ASSISTANT FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA JO BONDI, ATTORNEY GENERAL OF THE UNITED STATES,**<br><br>***Respondents*****.** | § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:25-CV-00376-LS** |

**ORDER TO SHOW CAUSE**

Today, the Court considered this case. Petitioner Adriana Maria Quiroz Zapata has brought a petition for a writ of habeas corpus against Respondents under 28 U.S.C. § 2241, challenging her detention by Immigration and Customs Enforcement ("ICE").[1] She also filed a motion for judgment as a matter of law.[2]

---

[1] ECF No. 1.
[2] ECF No. 6.

Petitioner is a citizen of Colombia.[3] She has been granted Withholding of Removal under the Convention Against Torture by an immigration judge, meaning that she cannot be removed to Colombia.[4] Respondents state that they have submitted requests to the following third-party countries to see if they will accept Petitioner: Brazil, Costa Rica, Ecuador, El Salvador, France, Guatemala, Peru, Panama, and Spain.[5] They have received denials from Peru, Spain, France, Panama, Uruguay and Brazil and are waiting on responses from the other countries.[6] They have also submitted a second request to Mexico, after Mexico previously declined to accept Petitioner.[7]

The Court determines that, at this juncture, more information is necessary to determine whether Petitioner's removal is likely to occur within the reasonably foreseeable future. Accordingly, the Court orders that Respondents provide a status report by **January 15, 2026**, detailing the status of any third country removal efforts, including but not limited to whether any requests for travel documents have been made with other countries on Petitioner's behalf and whether, when, and to which countries any additional requests will be sent, as well as any other efforts made by Respondents to remove Petitioner from the United States.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 9, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[3] ECF No. 1 at 12.
[4] *Id.*
[5] ECF No. 4 at 2; ECF No. 4-1 at 5.
[6] *Id.* at 2–3.
[7] *Id.* at 3.