UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ADRIANA MARIA QUIROZ ZAPATA, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| MARY ANDA-YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARTIN SARELLANO, JR., ASSISTANT FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA JO BONDI, ATTORNEY GENERAL OF THE UNITED STATES, | § § § § § § § § § § § § § § § § § | No.  3:25-CV-00376-LS |
| *Respondents*. | § § | |

## ORDER SETTING FINAL HEARING

This matter is set for an in-person hearing on **February 11, 2026**, at **10:30 a.m.** in the District Courtroom, Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas. Counsel should be prepared to address:

1. The status of efforts to remove the petitioner to a third country, and whether there is a reasonable likelihood of removal in the foreseeable future.

2. The legal effect, if any, of Petitioner's refusal to sign the notice of removal form.

3.  Why the government has not removed or released Petitioner to a third-party country as provided in 8 U.S.C. § 1231(b).

**IT IS FURTHER ORDERED THAT,**

4. Counsel for Petitioner is **WARNED** that any further *ex parte* communications or attempts to communicate with the Court or Court staff regarding the merits of the petition may subject counsel to sanctions.

5. If the parties resolve this matter in a mutually agreeable fashion they should so inform the Court immediately to preserve judicial resources.

6. **The government shall produce Petitioner at the hearing**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 4, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**